**Order entered January 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01537-CV

### JERRY, MARSHA AND JASON CHAMBERS, Appellants

### V.

### TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 88069-422**

## ORDER

We **GRANT** appellants' January 27, 2014 second motion for extension to file brief and

**ORDER** the brief be filed no later than February 27, 2014. No further extensions will be

granted absent exigent circumstances.

/Ada Brown/
ADA BROWN
JUSTICE